**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA –**

**WESTERN DIVISION**

| | |
|---|---|
| THE HOLDING COMPANY LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>BAY SMOKES LLC, a Florida limited liability company; WILLIAM JAMES GOODALL, an individual; KATIANA KAY, an individual, GOOD GLOBAL LLC, a Delaware limited liability company and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV 26-3635-DMG (MARx)<br><br>**ORDER EXTENDING THE PARTIES' DEADLINE TO SERVE RULE 26 INITIAL DISCLOSURES [22]**<br><br>Current Deadline: July 2, 2026<br>New Deadline: July 24, 2026 |

Upon the Stipulation of counsels for Plaintiff The Holding Company LLC and counsel for Defendants Bay Smokes LLC, William James Goodall, Ana Smith, and Good Global LLC, and good cause appearing,

**IT IS ORDERED THAT:**

The parties may serve their Rule 26(a) Initial Disclosures by July 24, 2026.

DATED:  July 2, 2026

_____
DOLLY M. GEE
Chief United States District Judge

2
ORDER EXTENDING THE PARTIES' DEADLINE
TO SERVE RULE 26 INITIAL DISCLOSURES